Harold Edwards #1169986
Name and Prisoner/Booking Number

Southern Desert Corr. Center
Place of Confinement

P.O. Box 208
Mailing Address

Indian Springs, NV. 89070
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
FILED       LODGED
RECEIVED    COPY

  OCT 1 7 2019

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

HAROLD   EDWARDS,
(Full Name of Plaintiff)

Plaintiff,

v. TODD THOMAS WARDEN
individual and Official Capacity
(1) CORE CIVIC/SAGUARO CORRECTIONAL CENTER,
(Full Name of Defendant)

(2) COUNSELOR JACKSON  individual and official Capacity,

(3) COUNSELOR LOZA  individual and official Capacity,

(4) CORRECTIONAL OFFICER SHEPARD  individual and Official Capacity,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-19-05440-PHX-DWL--CDB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

"JURY TRIAL DEMANDED"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Core Civic/Saguaro Correctional Center Eloy, Arizona.

**550/555**

1. Correctional Officers TORRES, individual and official Capacity
2. Correctional Officer DINGMAN individual and Official Capacity
3. Correctional Officer PICAZZO individual and Official Capacity
4. Correctional Officer ABRAHAM individual and Official Capacity

Page 1-A

## B. DEFENDANTS

1. Name of first Defendant: _COUNSELOR JACKSON_. The first Defendant is employed as: _a Counselor_ (Position and Title) at _CoreCivic/Saguaro Correctional Center_ (Institution).

2. Name of second Defendant: _TODD THOMAS_. The second Defendant is employed as: _Warden_ (Position and Title) at _CoreCivic/Saguaro Correctional Center_ (Institution).

3. Name of third Defendant: _COUNSELOR LOZA_. The third Defendant is employed as: _a Counselor_ (Position and Title) at _CoreCivic/Saguaro Correctional Center_ (Institution).

4. Name of fourth Defendant: _SHEPARD_. The fourth Defendant is employed as: _Correctional Officer_ (Position and Title) at _CoreCivic/Saguaro Correctional Center_ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _3_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _HAROLD EDWARDS_ v. _STATE OF NEVADA EX REL NEVADA DEPT. OF CORR._
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Yes_

   b. Second prior lawsuit:
      1. Parties: _HAROLD EDWARDS_ v. _CORRECTIONAL OFFICER J. BILLEY_
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

5. Name of Fifth Defendant: TORRES  The Fifth Defendant is employed as: Correctional Officer at CoreCivic/Saguaro Correctional Center

6. Name of Sixth Defendant: DINGMAN  The sixth Defendant is employed as: Correctional Officer at CoreCivic/Saguaro Correctional Center

7. Name of Seventh Defendant: PICAZZO  The Seventh Defendant is employed as: Correctional Officer at CoreCivic/Saguaro Correctional Center

8. Name of Eighth Defendant: ABRAHAM  The Eighth Defendant is employed as: Correctional Officer at CoreCivic/Saguaro Correctional Center

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>VIII Amendment Constitutional Right.</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: <u>SEXUAL HARASSMENT</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I arrived at CoreCivic/Saguaro Correctional Center on April 4th 2018 from Southern Desert Correctional Center in Indian Springs, Nevada. Approximately Several days later I was assigned to Hotel/Delta housing unit where Counselor Jackson was that unit's Counselor. After I had been in the institution a few weeks, Counselor Jackson began spreading rumors about my sexuality to staff as well as inmates. This caused me to have problems with cell assignments because when inmates here/hear these rumors about a persons Sexuality it causes the one who the rumor is about to be challenged verbally and in alot of cases physically. Inmates don't want you in the same cell as them because they believe whatever rumor they've heard about me, that's exactly what occurred in the instant case. This caused me many problems with cell assignments because the other inmate who I was being housed with hears these rumors and will believe that the rumor is true and then they begin acting and speaking aggressively to me, which could have caused one of us to get seriously hurt, possibly killed. This atmosphere was created because.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The continued sexual harassment of the above named Defendant's caused the plaintiff mental and Emotional Distress in violation of his VIII amendment Constitutional Right.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Plaintiff did not recieve a response from Saguaro Correctional Centers Grievance officer and the time for them to respond expired.

3

of Counselor Jackson spreading false information around the institution. It also caused female officers to be assigned to different units and view me with disdain because of the rumors spread by Counselor Jackson about me. I was in the Federal Correctional Center years ago where this rumor originated. So I am aware of what is said about me. I am from the state of Illinois so neither Counselor Jackson nor any of the other Correctional officers (named in this suit) knows me personally nor have they ever met me before I was transferred to CoreCivic Saguaro Correctional Center. Counselor Jackson learned of this rumor from Gang Intelligence there at Saguaro and passed it around to other employees and inmates. Jackson, as well as the other employees who heard and broadcasted this rumor around the institution had knowledge of the potential danger their actions could cause. They have people that don't even know me hating me, totally controlling their minds. Counselor Loza called me by a female name when I asked him was I on a transfer list. C/o Shepard stated (while she was opening inmates doors for lunch) "Come Get Your Girl." (Talking to a jailhouse snitch she gossips with on a regular basis) referring to me. Co-Officers Torres and Picazzo always when I was trying to get to my assigned cell or on my way to school, library or the yard stated "Go Ahead" with their hand out like a male does when he is being chivalrous to a female entering or exiting a door. Co-Officer Dingman opened my cell door peeking in while I was sitting on the toilet using the restroom, and Co-Officer Abraham was overheard talking about my Sexuality with another Co-Officer. Saguaro Correctional Center is a cesspool for rumors about staff and inmates alike employees are extremely promiscuous where they gather information. Most of the people who work at this institution are trained not to ask questions just do as or believe as they are told. Voyeurism by a staff member means an invasion of privacy of an inmate by staff for reasons unrelated to official duties, such as

3-A

peering at an inmate who is using a toilet in his cell. Some examples of sexual abuse are: Sexual harassment. Such as unwanted sexual advances, name calling. Daskalea v. District Of Columbia 227 F.3d 433 (2000) Mental and Emotional distress are Compensable under 42 U.S.C. §1983 even in the absence of physical injury. Hudson v. McMillian. 503 U.S. 1 7-9, 117 L.Ed 2d 112 S.Ct. 995 Eighth Amendment is violated, even in the absence of Serious injury. The Supreme Court has held that a City's inaction, including its failure to train or supervise its employees adequately constitutes a policy or custom" under Monell when it can be said that the failure amounts to "deliberate indifference' towards the Constitutional rights of persons in its domain. City of Canton v. Harris, 489 U.S. 378, 103 L.Ed 2d 412, 109 S.Ct 1197 (1989) recognize municipal liability under §1983 for failure to train adequately. These defendant's had "actual knowledge" of the "potential danger" spreading this sort of rumor would cause. They're actions amounted to Continuous acts of Sexual harassment committed by the employees of Saguaro Correctional Center and Todd Thomas the Correctional Centers Warden. Plaintiff was subjected to continuous Sexual harassment from both prison workers and inmates while incarcerated at Core Civic Saguaro Correctional Center in Eloy, Arizona. Plaintiff mailed a grievance to the grievance officer at Saguaro Correctional Center and a copy of that grievance to both Nevada's Contract Monitor and Core Civic's Managing Director, in Nashville Tennessee. The campaign of fear, anxiety and harassment against the plaintiff on the part of both staff and inmates - intensified which caused the plaintiff to wait until he was transferred back to Southern Desert Correctional Center in Nevada before filing grievances against these officers Plaintiff witnessed Counselor Jackson beat an inmate up in his office and a few weeks after that incident plaintiff stopped the warden Todd Thomas while coming from school's library and asked him a question and he brought

the incident that Counselor Jackson was involved in i.e. beating up the inmate in his office stating "He beat that boys ass." So I was relunctant to write a grievance on Counselor Jackson while I was there at Saguaro Correctional Center. United States Department of Justice Final Rule 28 C.F.R. Part 115 Section 115.11 Zero tolerance of Sexual Abuse and Sexual Harassment;

## COUNT II

1. State the constitutional or other federal civil right that was violated: __XIV Amendment Equal Protection Clause.__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: __SEXUAL HARASSMENT:__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Several days after arriving at CoreCivic Saguaro Correctional Center in Eloy, Arizona I was ordered out of my assigned cell in nothing except my boxer short underwear, bare chested along with all the other inmates on the bottom tier of the Unit I was assigned to, female Correctional officers as well as School Teachers were present during this strip search Defendants made no apparent effort to conduct individualized searches or to preserve the privacy of plaintiff during this search. Michenfelder V. Sumner, 860 F.2d 328 (9th Cir 1988) A blanket policy of strip searching detainees in Groups Violates the IV Amendment Lopez V. Youngblood 609 F. Supp. 2d 1125 (2009) It is preferable to conduct Strip searches in a way that protects the privacy of the inmates as much as possible. There was no restricted observation, the female employees were in close proximity of the male inmates while they were bare-chested and in their Underwear. Because plaintiff cannot concieve of a more basic subject of privacy than the naked body, the desire to shield one's unclothed figure from the view of strangers, and particularly strangers of the opposite sex this is impelled by elementary self-respect and personal dignity. Plaintiff do not contest Saguaro Correctional Center's interest in searching and serveilling him to.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   A blanket policy of Strip Searching detainees in Group Violates the IV amendment, Plaintiff experienced Mental and Emotional Distress.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Plaintiff did not recieve a response from Saguaro Correctional Centers Grievance officer and the time for them to respond expired.

4

maintain prison security. Rather, they challenge the Constitutionality of such search and surveillance when performed by members of the opposite gender. In October of 2018 plaintiff was again ordered out of his assigned cell with his underwear and no T-shirt on in full view of female teachers as well as Correctional officers. These female employee's conduct invaded prisoners interest. Female Correctional officers are stationed on housing units at Saguaro Correctional Center overlooking the showers, direct view of male inmates taking showers. The physical setup of Saguaro Correctional Center permits viewing of male inmates taking showers. It is well-established that Convicted prisoners do not forfeit all Constitutional protections by reason of their Conviction and Confinement in prison. Prisoners are to be accorded those rights not fundamentally inconsistent with prisoner status or in Compatible with the legitimate objectives of incarceration specifically, prisoners enjoy the protections of due process. Grummet V. Rushen 779 F. 2d 491 The Seventh Circuit acknowledges the general consensus that a strip search is "One of the clearest forms of degradation in Western society it also recognized that the indignity is multiplied when one's body is exposed to a member of the opposite gender. The above facts establish the deliberate indifference necessary to sustain CoreCivic Saguaro's liability for the acts of its employees. CoreCivic/Saguaro Correctional Center's inaction, including its failure to train or supervise its employees adequately Constitutes such a policy or custom when it can be said that the failure amounts to deliberate indifference towards the Constitutional Rights of persons in its domain. A municipality is a person who can be held liable under 42 U.S.C. §1983 but only when the municipality's policy or custom inflicts the injury. CoreCivic Saguaro Correctional Center have a duty to exercise reasonable care under the circumstances in the protection and safekeeping of prisoners, including the duty to use reasonable care in supervising and controlling their employees they may be held liable for damages caused by

4-A

1. its negligence in carrying out that duty.
2. PRISON AND JAIL STANDARDS: United States Department of Justice Final Rule
3. Section 115.6 Definitions related to Sexual Abuse Sexual harassment includes—
4. (1) Repeated and unwelcome sexual advances, requests for sexual favors, or verbal
5. comments, gestures, or actions of a derogatory or offensive sexual nature by one
6. inmate, detainee, or resident directed toward another: and
7. 2  Repeated verbal comments or gestures of a sexual nature to an inmate
8. detainee, or resident by a staff member contractor, or volunteer, including
9. demeaning references to gender, sexually suggestive or derogatory comments
10. about body or clothing, or obscene language or gestures.

4-B

## COUNT III

1. State the constitutional or other federal civil right that was violated: __IV Amendment__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: __SEXUAL HARASSMENT__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Female employees were present while Plaintiff was ordered out of Cell into the common area or dayroom of the unit he was assigned to in nothing except his boxer underwear bare chested. These same female officers are assigned to positions requiring unrestricted and frequent Surveillance of male detainees while they are Showering. Female officers after opening top tier doors wait on the top tier where they have full view of male inmates taking showers, the units Video Surveillance will show with perfect Clarity these female employees able to see naked male inmates in the shower. The scope of this intrusion is indisputably a frightening and humiliating invasion even when conducted with all due courtesy.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Frightened and humiliated, Mental and Emotional Distress.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Plaintiff did not recieve a response from Saguaro Correctional Centers grievance officer and the time for them to respond expired.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
For Plaintiff being Sexually Harassed while housed at Saguaro Correctional Center in Eloy, Arizona the named defendants in this Civil action Should be fired to be an example of the "Zero Tolerance" PREA explicates in their National Standards. For the violation of Plaintiff' IV, VIII and XIV United States Constitutional Rights and the Mental and Emotional Distress Plaintiff Suffered plus the humiliation he endured because of being watched in the Shower and being in the dayroom on the unit he was housed in in his Underwear in front of Female employees Plaintiff Seeks $2,000,000.00 in punitive damages. For the Mental and Emotional distress $250,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October_____2019__         __Harold Edwards__
                DATE                        SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

__Harold Edwards   Pro' Se   Plaintiff__
(Signature of attorney, if any)

__SDCC  P.O. BOX 208  Indian Springs, NV. 85070__
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

## CERTFICATE OF SERVICE BY MAILING

I, Harold Edwards, hereby certify, pursuant to NRCP 5(b), that on this 14th day of October, 2019, I mailed a true and correct copy of the foregoing, "Application To Proceed In Forma Pauperis and a Civil Rights Complaint By A Prisoner" by placing document in a sealed pre-postage paid envelope and deposited said envelope in the United State Mail addressed to the following:

U.S. District Court of Arizona
District of Arizona
401 W. Washington Street
Suite 130 SPC 1
Phoenix, Arizona 85003-2118

CC:FILE

DATED: this 14th day of October, 2019.

Harold Edwards 1169986
Harold Edwards #1169986
/In Propria Personam
Post Office Box 208, S.D.C.C.
Indian Springs, Nevada 89018
IN FORMA PAUPERIS: